147 So. 448
## AMERICAN EQUITABLE ASSURANCE CO. v. Maggie BAILEY, Adm'x.

### 6 Div. 315.

Supreme Court of Alabama.

March 30, 1933.

■

Coleman, Spain, Stewart & Davies, of Birmingham, for the motion.

Lipscomb & Lipscomb, of Bessemer, opposed.

KNIGHT, Justice.

Petition of the American Equitable Assurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in American Equitable Assurance Co. v. Bailey, 147 So. 446.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.